**James Brown, Minor, by Herman E. Brown, His Father and Next Friend, Appellee, v. James Murray and Harry Smith, Appellants.**

Gen. No. 40,863.

opinion filed January 19, 1942.

John A. Bloomingston, for appellants; Werner W. Schroeder, Corwin D. Querrey, Murphy O. Tate and Theodore W. Schroeder, for appellee. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''